IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CASE NO. 1-10-05238-MDF
CENTER FOR RENAL CARE : CHAPTER 11
AT SHADYSIDE, LTD. :
      Debtor :

## APPLICATION TO APPROVE THE EMPLOYMENT OF
## KENNEDY, PC LAW OFFICES AS
## SPECIAL COUNSEL TO THE DEBTOR

The Application of Center for Renal Care at Shadyside, Ltd., (hereinafter "Debtor"), by and through its attorneys, Cunningham & Chernicoff, P.C., to Approve the Employment of Kennedy, PC Law Offices ("Kennedy") as Special Counsel to the Debtor in Possession, is as follows:

1. On June 24, 2010, Debtor filed a Petition under Chapter 11 of the Bankruptcy Code.

2. Debtor-in-Possession operates its business and is in possession of its property.

3. Debtor requests that this Honorable Court authorize retention of Kennedy to represent the Debtor as special counsel in its bankruptcy case concerning the matters set forth hereinafter.

4. Debtor has selected Kennedy because they have substantial experience in matters of the type and character including health care provider matters and related items, and Debtor believes that Kennedy is well qualified to represent Debtor in the matters set forth hereunder.

5. The professional services to be rendered by Kennedy include, but are not limited to:

    (a) Representation of Debtor as necessary regarding Medicaid and Medicare services and appeals; and

    (b) Representation of Debtor regarding health care provider contracts and related matters.

6. Kennedy will not perform any services in connection with the actual bankruptcy case of the Debtor which would duplicate the services performed by general bankruptcy counsel for the Debtor.

7. Kennedy believes that it represents no interest adverse to the Debtor, nor does it represent any creditors of the Debtor. Kennedy believes that it has no connection with Debtor, Debtor's creditors, or any other party that would otherwise create a conflict of interest, and any connection is as set forth on the Verification of John N. Kennedy, Esquire, of Kennedy, PC Law Office. Pre-petition, Kennedy did perform services for the Debtor for which it is owed $2,147.50.

8. The Debtor will be charged by Kennedy at its customary rates, which currently are:
    Partner/of Counsel.................. $240.00
    Associates ............................. $170.00 - $190.00
    Law Clerk.............................. $110.00

Any fees, expenses and payments to Kennedy shall be subject to the review of the Court, and the provisions of 11 U.S.C. §330 and Rule 2016 Fed R. Bankr. P. Fees and expenses

charged and payments thereon will be subject to the approval of the Bankruptcy Court upon proper application, and subject to the provisions of 11 U.S.C. §330 and Rule 2016 Fed. R. Bankr. P. Debtor believes, and therefore avers, that Kennedy is qualified to serve as special counsel for Debtor in these proceedings, and further believes that the rates to be charged thereby are fair and reasonable, and are customarily charged by Kennedy for their services.

9. For the reasons set forth above, the employment of Kennedy, PC Law Offices would be in the best interests of this estate.

WHEREFORE, Debtor prays that its employment of Kennedy, PC Law Offices under a general retainer to represent it as special counsel in this proceeding under Chapter 11 of the Bankruptcy Code be approved by the Court, and that it have such other and further relief as is just.

Respectfully submitted,

CUNNINGHAM & CHERNICOFF, P.C.

By: /s/ Robert E. Chernicoff
Robert E. Chernicoff, Esquire
2320 North Second Street
P. O. Box 60457
Harrisburg, PA 17106-0457
Date: July 30, 2010 (717) 238-6570

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                : CASE NO. 1-10-05238-MDF
CENTER FOR RENAL CARE                           : CHAPTER 11
AT SHADYSIDE, LTD.                              :
             Debtor                             :

**VERIFICATION OF JOHN N. KENNEDY, ESQUIRE PURSUANT
TO FED.R.BANKR.P. 2014, IN SUPPORT OF APPLICATION TO
APPROVE EMPLOYMENT OF SPECIAL COUNSEL TO DEBTOR**

I, John N. Kenendy, Esq., make the following verified statements:

1. I am a Partner of Kennedy, PC Law Offices. ("Kenendy").

2. Kennedy has no connection to any party in the above-referenced Chapter 11 case, including without limitation to the Debtor, its creditors, or any other parties in interest, except that Kennedy represented the Debtor pre-petition in connection with health care matters.

3. Kennedy is owed approximately $2,147.50 pre-petition by the Debtor for services.

4. The undersigned is not aware of any conflict or potential conflict relating to the employment of itself as to the legal representation in this case. The services rendered by Kennedy pre-petition relate to health care matters of the Debtor, the Chapter 11 case and related health care matters of this Debtor.

5. I understand that monetary compensation to Kennedy for fees and expenses incurred in this case may be subject to further approval of this Court, after appropriate notice.

6. The factual statements set forth in this Verification have been made based on a personal review by me and our staff to the list of insiders and creditors of Center for Renal Care at Shadyside, Ltd. This effort did not reveal any potential conflicts.

By: /s/ John N. Kennedy
John N. Kennedy, Esquire
P. O. Box 5100
Harrisburg, PA 17110-0100
(717) 233-7100