IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 1-10-05238-MDF |
| CENTER FOR RENAL CARE | : CHAPTER 11 |
| AT SHADYSIDE, LTD. | : |
|     Debtor | : |

## ORDER APPROVING APPOINTMENT OF
## KENNEDY, PC LAW OFFICES AS
## SPECIAL COUNSEL TO THE DEBTOR

    The Application of Center for Renal Care at Shadyside, Ltd., the above-named Debtor, praying for approval of its employment of Kennedy, PC Law Offices, as its Special Counsel herein, having come this day before the Court, and it appearing that the employment of Center for Renal Care at Shadyside, Ltd. as Special Counsel is necessary and would be in the best interests of the estate, it is hereby

    **ORDERED** that the employment by Center for Renal Care at Shadyside, Ltd. of Kennedy, PC Law Offices as Special Counsel to represent them concerning health care provider matters on the terms stated in the Application, in the within proceeding under Chapter 11 of the Bankruptcy Code, is approved, subject to the provisions of 11 U.S.C. §330 and Rule 2016 of the Rules of Bankruptcy Procedure regarding payments to counsel.

Dated: August 25, 2010

By the Court,

*Mary D France*
Chief Bankruptcy Judge
(MS)